# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

**In re:**

| | | |
|---|---|---|
| DANNY L. SALYER and | ) | |
| VALERIE SALYER, h/w | ) | Civil Action No. 04-1326 |
|     Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| ALLIED AUTOMOTIVE GROUP, INC. | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| and | ) | |
| | ) | |
| ALLIED SYSTEMS a/k/a | ) | |
| ALLIED SYSTEMS, INC., a/k/a | ) | |
| ALLIED SYSTEMS LIMITED | ) | |
|     Defendants | ) | |

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that Allied Holdings, Inc., Allied Automotive Group, Inc., Allied Systems, Ltd. (L.P.), Allied Systems (Canada) Company, QAT, Inc., RMX LLC, Transport Support LLC, F.I. Boutell Driveaway LLC, Allied Freight Broker LLC, GACS Incorporated, Commercial Carriers, Inc., Axis Group, Inc., Kar-Tainer International LLC, Axis Netherlands, LLC, Axis Areta LLC, Logistic Technology, LLC, Logistic Systems, LLC, CT Services, Inc., Cordin Transport LLC, Terminal Services LLC, Axis Canada Company, Ace Operations, LLC and AH Industries Inc. (collectively, the "Debtors") have each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Court for the Northern District of Georgia. An order has been entered procedurally consolidating and jointly administering the bankruptcy cases under Case No. 05-12515. Attached hereto as Exhibit A is a list of the voluntary petitions (the "Petitions") commencing the Debtors' cases.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to Section 362(a) of the Bankruptcy Code, the filing of the Petitions operates as a stay, applicable to all Debtors, including, without limitation, the Defendant(s) in the above-styled action, of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

Respectfully submitted this 8th day of August, 2005

**McKENNA WALKER P.C.**

By:     S/S *Joanne M. Walker*

JOANNE M. WALKER
Counsel for Defendants Allied Automotive Group, Inc. and Allied Systems a/k/a Allied Systems, Inc. a/k/a Allied Systems Limited
10 Melrose Avenue, Suite 450
Cherry Hill, NJ  08003
(856) 429-6581

**ROEBERG, MOORE & FRIEDMAN**

By:_____
E.J. FORNIAS
Delaware Bar I.D. 3833
Local Counsel for Defendants Allied Automotive, Group, Inc. and Allied Systems a/k/a Allied Systems, Inc. a/k/a Allied Systems Limited
910 Gilpin Avenue
Wilmington, DE  19806
(302) 658-8700

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Suggestion of Bankruptcy to be served upon all counsel by deposit in the U.S. Mail, First Class postage prepaid on the date set forth below, addressed as follows:

>Lawrence A. Katz, Esquire
>Coffey Kaye Myers & Olley
>Suite 718, Two Bala Plaza
>Bala Cynwyd, PA   19004
>
>Robert A. Penza, Esquire
>Gordon, Fournaris & Mammarella
>1925 Lovering Avenue
>Wilmington, DE   19806
>
>Paul F.X. Gallagher, Esquire
>Gallagher Rowan & Egbert, P.C.
>1500 Walnut Street
>Suite 1600
>Philadelphia, PA   19102

A courtesy copy has also been sent to the following:

>Honorable Gregory M. Sleet
>United States District Court for the
>  District of Delaware
>844 N. King Street
>Wilmington, DE  19801-3570

_____
JOANNE M. WALKER, ESQUIRE

Dated: _____