IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DANNY L. SALYER, et al.                    :

                                           :

        v.                                 : Civil Action No. 04-1326 GMS

                                           :

ALLIED AUTOMOTIVE GROUP, et al.    :

## O R D E R

WHEREAS, on October 4, 2004, the plaintiffs filed the above-captioned action;

WHEREAS, on February 9, 2005, a scheduling conference was held before the court and a schedule was set;

WHEREAS, on August 9, 2005, counsel for the defendants Allied Automotive Group, Inc., Allied Systems, Ltd., and Allied Systems (Canada) Company advised the court that the defendants each filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Bankruptcy Court for the Northern District of Georgia.

WHEREAS, Title 11 of the United States Code, Section 362 mandates an automatic stay of certain acts against the debtor upon the filing of a petition in bankruptcy under any chapter of the Bankruptcy Code;

IT IS HEREBY ORDERED that:

This case is **ADMINISTRATIVELY CLOSED**, to be reopened for further proceedings upon motion by any party to this action no later than thirty days following a disposition of the bankruptcy case.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

August 9, 2005