IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY L. SALYER, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 04-1326-GMS |
| ALLIED AUTOMOTIVE GROUP, INC., et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **9th** day of **August, 2005**.

IT IS ORDERED that the teleconference scheduled for Friday, September 9, 2005 at 8:30 a.m. with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE