IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY L. SALYER AND VALERIE SALYER, H/W<br><br>Plaintiffs<br><br>vs.<br><br>NORFOLK SOUTHERN CORPORATION<br><br>and<br><br>ALLIED AUTOMOTIVE GROUP, INC.<br><br>ALLIED SYSTEMS A/K/A ALLIED SYSTEMS, INC., A/K/A ALLIED SYSTEMS LIMITED<br><br>Defendants | CIVIL ACTION<br><br>No.: 04-CV-1326 |

## STIPULATION OF DISMISSAL

AND NOW to wit, this 26th day of September 2005 it is hereby **STIPULATED** and **AGREED** that, Norfolk Southern Corporation has been **DISMISSED** from the above captioned case by all parties without prejudice.

GALLAGHER, ROWAN & EGBERT, P.C.

BY: _____
PAUL F.X. GALLAGHER, ESQUIRE
Attorney for Defendant
Norfolk Southern Corporation

COFFEY, KAYE, MYERS & OLLEY

BY: _____
LAWRENCE A. KATZ, ESQUIRE
Attorney for Plaintiffs
Danny L. Sayler and Valerie Sayler


McKENNA, WALKER & CAPRIOTTI, P.C.

BY: _____
JOANNE M. WALKER, ESQUIRE
Attorney for Defendants
Allied Automotive Group, Inc.; Allied Systems
a/k/a Allied Systems, Inc. a/k/a Allied Systems
Limited


BY THE COURT:


_____
                                J