# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY L. SALYER AND VALERIE SALYER, H/W </br></br>Plaintiff(s), </br></br> v. </br></br> ALLIED AUTOMOTIVE GROUP, INC </br> and </br> ALLIED SYSTEMS a\|k\|a </br> ALLIED SYSTEMS, INC., a\|k\|a </br> ALLIED SYSTEMS LIMITED </br></br> Defendant(s). | C. A. No.04-1326 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

I, Edward J. Fornias, III, Esquire, a member of the Delaware bar, hereby moves the admission *pro hac vice* of:

James L. McKenna, Esquire
Connor Weber & Oberlies
Ten Melrose Avenue, Suite 450
Cherry Hill, NJ 08003

to represent Allied Automotive Group, Inc., Allied Systems a/k/a Allied Systems, Inc., a/k/a Allied Systems Limited in this action. Movant verifies that movant finds the applicant to be a reputable and competent attorney, and movant is in a position to recommend the applicant's admission. The applicant is admitted, practicing, and in good standing in New Jersey, Pennsylvania, the District of Columbia, Supreme Court of the United States, United States Court of Appeals for the Third Circuit, United States District Court for the District of New Jersey, and United Sates District Court for the Eastern District of Pennsylvania.

Dated: 2/19/07

/s/
**EDWARD J. FORNIAS (3833)**
ROEBERG, MOORE & FRIEDMAN, P.A.
910 Gilpin Avenue
Wilmington, DE 19806
(302) 658-8700

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY L. SALYER AND <br> VALERIE SALYER, H/W <br><br> Plaintiff(s), <br><br> v. <br><br><br> ALLIED AUTOMOTIVE GROUP, INC <br>    and <br> ALLIED SYSTEMS a\|k\|a <br> ALLIED SYSTEMS, INC., a\|k\|a <br> ALLIED SYSTEMS LIMITED <br><br> Defendant(s). | ) <br> ) <br> ) C. A. No.04-1326 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

I hereby certify that: I agree to be bound by the Delaware Lawyers' Rules of Professional Conduct. All attorneys of in my firm who directly or indirectly provide services to the party or cause at issue shall be bound by all Rules of the Court. I have appeared in no actions in courts of record of Delaware in the preceding twelve months. I do not maintain an office in the State of Delaware. I am a member in good standing of the bar of the State of New Jersey, Commonwealth of Pennsylvania, the District of Columbia, Supreme Court of the United States, United States Court of Appeals for the Third Circuit, United States District Court for the District of New Jersey, and United Sates District Court for the Eastern District of Pennsylvania. I have not been disbarred or suspended and am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

I am admitted to the bar for the practice of law in the following states or other jurisdictions: New Jersey, Pennsylvania and the District of Columbia. I submit to the jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I am generally familiar with the Local Rules of this Court.

/s/
JAMES L. McKENNA
Connor Weber & Oberlies
Ten Melrose Avenue, Suite 450
Cherry Hill, NJ 08003
P: 856-429-0265
F: 856-354-1722
E-mail: jmckenna@cwolaw.com

IN THE DISTRICT COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| DANNY L. SALYER AND<br>VALERIE SALYER, H/W<br><br>    Plaintiff(s),<br><br>v.<br><br><br>ALLIED AUTOMOTIVE GROUP, INC<br>    and<br>ALLIED SYSTEMS a\|k\|a<br>ALLIED SYSTEMS, INC., a\|k\|a<br>ALLIED SYSTEMS LIMITED<br><br>    Defendant(s). | )<br>)<br>)  C. A. No.04-1326<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The foregoing application for admission to practice in this action *pro hac vice* of James L. McKenna, Esquire is hereby granted.

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
Judge

## CERTIFICATION OF SERVICE

I, Edward J. Fornias, III, Esquire, do hereby certify that I caused a true and correct copy of the Motion and Order for Admission Pro Hac Vice to be served upon counsel by First Class Mail, postage prepaid, on the date set forth below, to the following:

| | |
|---|---|
| Joseph A. Coffey, Jr., Esquire<br>COFFEY, KAYE, MYERS & OLLEY<br>Suite 718, Two Bala Plaza<br>Bala Cynwyd, PA  19004 | Robert A. Penza, Esquire<br>GORDON, FOURNARIS &<br>    MAMMARELLA<br>1925 Lovering Avenue<br>Wilmington, DE  19806 |
| Paul F.X. Gallagher, Esquire<br>GALLAGHER, ROWAN & EGBERT, P.C.<br>1500 Walnut Street, Suite 1600<br>Philadelphia, PA  19102 | Jessica E. Gensler Lippy, Esquire<br>GALLAGHER, ROWAN<br>& EGBERT, P.C.<br>501 Silverside Road<br>Suite 94<br>Wilmington, DE  19809 |

Date:   2/19/07

/s/_____
**EDWARD J. FORNIAS, III (3833)**
Roeberg, Moore, and Friedman, P.A.
910 Gilpin Ave.
Wilmington, DE  19806