# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

August 22, 2007

TO:     Counsel

RE:     Salyer v. Allied Automotive Group
        Civil Action No. 04-1326

Dear Counsel:

    Please submit a jointly prepared status report, via electronic case filing, regarding the above-referenced case.

    The status report is due no later than September 5, 2007.

    Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Chief Judge Gregory M. Sleet