IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY L. SALYER AND VALERIE SALYER, H/W<br><br>Plaintiffs<br><br>vs.<br><br>NORFOLK SOUTHERN CORPORATION<br><br>and<br><br>ALLIED AUTOMOTIVE GROUP, INC.<br><br>and<br><br>ALLIED SYSTEMS A/K/A ALLIED SYSTEMS, INC., A/K/A ALLIED SYSTEMS LIMITED<br><br>Defendants | CIVIL ACTION<br><br>No.: 04-CV-1326 |

## STIPULATION OF DISMISSAL

AND NOW to wit, this _____ day of _____, 2007 it is hereby **STIPULATED** and **AGREED** that, Norfolk Southern Corporation has been **DISMISSED** from the above captioned case by all parties without prejudice.

GALLAGHER & ROWAN, P.C.

BY: _____
PAUL F.X. GALLAGHER, ESQUIRE
Attorney for Defendant
Norfolk Southern Corporation

COFFEY, KAYE, MYERS & OLLEY

BY: _____
    LAWRENCE A. KATZ, ESQUIRE
    Attorney for Plaintiffs
    Danny L. Sayler and Valerie Sayler


CONNOR WEBER & OBERLIES
~~McKENNA, WALKER & CAPRIOTTI, P.C.~~

BY: _____
    JAMES L. McKENNA, ESQUIRE
    Attorney for Defendants
    Allied Automotive Group, Inc.; Allied Systems
    a/k/a Allied Systems, Inc. a/k/a Allied Systems
    Limited



BY THE COURT:


_____
                                   J.