# CONNOR, WEBER & OBERLIES

A Professional Corporation

JOSEPH P. CONNOR, III*
WILLIAM J. WEBER, JR**
JOSEPH M. OBERLIES*
MARGARET E. WENKE**
MICHAEL S. MIKULSKI, II**
JAMES L. McKENNA~
SHARON F. HARVEY*
MARY ELLEN F. PINA+
LISA A. CAULEY**
AMELIA M. LOLLI
REBECCA L. THOMAS**
MICHAEL J. ACOSTA**
GREGORY A. BARONI
FRANKLIN R. STROKOFF**


LYNNE M. SPANGLER**
   Of Counsel

 *MEMBER OF PA BAR ONLY
**MEMBER OF NJ AND PA BARS
~MEMBER OF NJ, PA AND DC BARS
+MEMBER OF PA, CA AND MA BARS

**NEW JERSEY OFFICE:**
WOODCREST PAVILION
TEN MELROSE AVENUE, SUITE 450
CHERRY HILL, NEW JERSEY  08003

(856) 354-9463
FAX:  (856) 354-1722

James L. McKenna, Esquire
DIRECT DIAL: (856) 429-0265
EMAIL: jmckenna@cwolaw.com
R. 1:40 Qualified Mediator and Arbitrator

**CENTER CITY OFFICE:**
SUITE 1C-47
THE PHILADELPHIAN
2401 PENNSYLVANIA AVENUE
PHILADELPHIA, PENNSYLVANIA  19130
(215) 978-2900
FAX:  (215) 763-5899

**SUBURBAN OFFICE:**
171 WEST LANCASTER AVENUE, SUITE 100
PAOLI, PENNSYLVANIA  19301
(610) 640-2800
FAX:  (610) 640-1520

May 15, 2008

Clerk
United States District Court
  For the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801



FILED
MAY 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

> **Re:    Danny Salyer v. Allied Automotive Group**
> **Civil Action No. 04-01326(GMS)**

Dear Sir or Madam:

Enclosed please find the original and one copy of a Stipulation of Dismissal with Prejudice in the above matter.  Kindly file the original, and date-stamp and return the copy in the enclosed stamped, self-addressed envelope.

Thank you for your time and consideration in this regard.

Very truly yours,

**CONNOR, WEBER & OBERLIES**

By:_____
    JAMES L. McKENNA, ESQUIRE

JLM:spp
Enclosure
Cc:    Lawrence A. Katz, Esquire

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY L. SALYER and<br>VALERIE SALYER, h/w<br>         Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| NORFOLK SOUTHERN CORPORATION | )<br>) |
| and | )<br>) |
| ALLIED AUTOMOTIVE GROUP, INC. | )<br>) |
| and | )<br>) |
| ALLIED SYSTEMS a/k/a<br>ALLIED SYSTEMS, INC., a/k/a<br>ALLIED SYSTEMS LIMITED | )<br>)<br>)<br>) |
| Defendants | ) |

Civil Action No. 04-1326
(GMS)

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED and AGREED that Defendants Allied Automotive, Inc. and

Allied Systems a/k/a Allied Systems, Inc., a/k/a Allied Systems Limited are DISMISSED with

PREJUDICE from the above case by all remaining parties.

COFFEY, KAYE, MYERS & OLLEY

BY: _____
Lawrence A. Katz, Esquire
Attorney for Plaintiffs

CONNOR, WEBER & OBERLIES

BY: _____
James L. McKenna, Esquire
Attorney for Defendants
Allied Automotive Group, Inc.
And Allied Systems a/k/a Allied
Systems, Inc. a/k/a Allied Systems
Limited

Dated: _____ 5-1-08

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DANNY L. SALYER and ) 
VALERIE SALYER, h/w )                        Civil Action No. 04-1326
            Plaintiffs )                                (GMS)
 )
vs. )
 )
NORFOLK SOUTHERN CORPORATION )
 )
and )
 )
ALLIED AUTOMOTIVE GROUP, INC. )
 )
and )
 )
ALLIED SYSTEMS a/k/a )
ALLIED SYSTEMS, INC., a/k/a )
ALLIED SYSTEMS LIMITED )
 )
            Defendants )

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED and AGREED that Defendants Allied Automotive, Inc. and Allied Systems a/k/a Allied Systems, Inc., a/k/a Allied Systems Limited are DISMISSED with PREJUDICE from the above case by all remaining parties.

COFFEY, KAYE, MYERS & OLLEY

BY: _____
Lawrence A. Katz, Esquire
Attorney for Plaintiffs

CONNOR, WEBER & OBERLIES

BY: _____
James L. McKenna, Esquire
Attorney for Defendants
Allied Automotive Group, Inc.
And Allied Systems a/k/a Allied
Systems, Inc. a/k/a Allied Systems
Limited

Dated: ___5-1-08___

CONNOR, WEBER & OBERLIES, P.C.

ATTORNEYS AT LAW

WOODCREST PAVILION

TEN MELROSE AVENUE

SUITE 450

CHERRY HILL, NJ 08003

Clerk
United States District Court
For the District of Delaware
U.SA. Courthouse
844 King Street
Wilmington, DE 19801